08/11/2008 14:48 3096717845 US MARSHALS PEORIA PAGE 01/06
Aug 08 2008 8:15AM USM CELLBLOCK 4142973978 P.2
1:08-mi-06036-JAG # 1 Page 1 of 6

E-FILED
Tuesday, 12 August, 2008 01:55:18 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

ALLEN C. HELTON,

**WARRANT FOR ARREST**
(Milwaukee Division)

CASE NO. 08 CR-188

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ALLEN C. HELTON** and bring him forthwith to the nearest magistrate judge to answer to an **Indictment** charging that on or about From approximately September 2007 through November 2007, in the State and Eastern District of Wisconsin, he did knowingly conspired to transport stolen vehicles as defined in Title 18, United States Code, Sections 2312 and 371.

JON W. SANFILIPPO
Name of Judicial Officer

United States District Court Clerk
Title of Issuing Officer

/s/ Deputy Clerk

July 16, 2008 at Milwaukee, Wisconsin
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

08/11/2008 08:45  1:08-mj-06036-JAG #7  Page 2 of 6

08/11/2008 08:45  1:08-mj-06036-JAG #6717845   Page 2 of 6   US MARSHALS PEORIA   PAGE 02/06
Aug 08 2008 8:19AM   USM CELLBLOCK   4142973978   p.3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
08 JUL 15 P12:18
JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANNY R. HELTON,
ALBERT H. HELTON, and
ALLEN C. HELTON,

    Defendants.

Case No. 08-CR- 08 CR-188
[18 U.S.C. §§ 2312 and 371]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. From approximately September 2007 through November 2007, in the State and Eastern District of Wisconsin,

    **DANNY R. HELTON,**
    **ALBERT H. HELTON, and**
    **ALLEN C. HELTON,**

the defendants herein, knowingly conspired with each other, and with others, to unlawfully transport in interstate commerce stolen motor vehicles, knowing the motor vehicles to be stolen, from the State of Wisconsin to the State of Illinois, in violation of Title 18, United States Code, Section 2312.

### Objects of the Conspiracy

2. The objects of the conspiracy were to (a) steal motor vehicles from businesses and individuals, including a retailer located in Westfield, Wisconsin; (b) transport the stolen motor vehicles to Illinois; and (c) sell the stolen motor vehicles to various individuals in Illinois.

### Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to effect its objects, the defendants and others known and unknown to the grand jury, committed the following acts in the Eastern District of Wisconsin and elsewhere:

3. On or about September 3, 2007, Danny Helton and Allen Helton stole the following motor vehicles from a retailer located in Westfield, Wisconsin:

    a. a 2007 Yamaha Rhino 660 all-terrain vehicle, bearing vehicle identification number 5Y4AM04Y47A042319; and

    b. a 2007 Yamaha Rhino 660 all-terrain vehicle, bearing vehicle identification number 5Y4AJ24Y57A000293.

4. On or about September 4, 2007, the defendants transported the motor vehicles described in Paragraph 3 to Illinois.

5. On or about September 6, 2007, Danny Helton sold the 2007 Yamaha Rhino 660 all-terrain vehicle bearing vehicle identification number 5Y4AM04Y47A042319.

6. In approximately September 2007, Allen Helton sold the 2007 Yamaha Rhino 660 all-terrain vehicle, bearing vehicle identification number 5Y4AJ24Y57A000293.

7. On or about October 21, 2007, Danny Helton and Allen Helton stole the following motor vehicles from a retailer located in Westfield, Wisconsin:

    a. a 2008 Kawasaki Brute Force 750 all-terrain vehicle, bearing vehicle identification number JKAVFDE188B501029;

    b. a 2006 Yamaha Raptor 350 SE all-terrain vehicle, bearing vehicle

2

      identification number JY4AH12Y76C023870; and

  c.  a 2000 Yamaha Grizzly YFM 600 all-terrain vehicle, bearing vehicle

      identification number JY4AJ02W0YA023785.

  8.  In approximately October 2007, the defendants transported the motor vehicles described in Paragraph 7 to Illinois.

  9.  In approximately October 2007, Danny Helton sold the vehicles described in paragraph 7.

  10.  On or about July 15, 2007, Danny Helton and Albert Helton caused the following motor vehicle to be stolen from an individual in Montello, Wisconsin:

  a.  a 1982 Yamaha YZ 250 J motorcycle, bearing vehicle identification number

      5XS005978.

  11.  In approximately July 2007, the defendants transported the motor vehicle described in Paragraph 10 to Illinois.

  12.  In approximately July 2007, Danny Helton sold the vehicle described in paragraph 10.

  13.  On or about November 18, 2007, Danny Helton and Albert Helton caused the following motor vehicle to be stolen from an individual in Montello, Wisconsin:

  a.  a 2004 Arctic Cat 400cc all-terrain vehicle, bearing vehicle identification

      number 44F03ATV13T223261.

  14.  In approximately November 2007, the defendants transported the motor vehicle described in Paragraph 13 to Illinois.

3

15. In approximately November 2007, Danny Helton sold the vehicle described in paragraph 13.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL



FOREPERSON

Dated: 7·15·08

s/ Assistant U.S. Attorney

STEVEN M. BISKUPIC 
United States Attorney

4

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Allen C. Helton | Address: City, State and Zip Code: Unknown |
|---|---|
| Date of Birth: 1972 | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |

Name of U.S. Attorney: Gregory J. Haanstad

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? Yes - | Where? Ft. Wayne Indiana | | |

Pretrial Scheduling Conference Necessary?  ☐ YES  ☒ NO

| Issue: WARRANT xx | SUMMONS | NOTICE | MISDEMEANOR | FELONY xx |
|---|---|---|---|---|

Milwaukee Case ☒    Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:    Judge:    Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. §§ 2312 and 371  Maximum penalties: 5 years imprisonment; $250,000 fine; 3 years SR; $100 SA

Agency/Agent: S/A Shane Heiser, Marquette County Sheriff's Department

OCDETF: No