**E-FILED**

Friday, 15 August, 2008 01:27:52 PM
Clerk, U.S. District Court, ILCD

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

FILED
AUG 1 4 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE CASE OF

_____ V.S. _____

FOR

AT

LOCATION NUMBER

| PERSON REPRESENTED (Show your full name) | | 1 ☐ Defendant - Adult |
|---|---|---|

**Allen C. Helton**

2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed

Name and address of employer:

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment *1996*
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☒ No

**IF YES,** how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ _____     SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  **IF YES,** state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE $ _____     DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  *0*

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ _____ | $ 280.00 |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  *8/13/08*

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

s/ Defendant