E-FILED
Friday, 15 August, 2008  01:56:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## Central District of Illinois

| UNITED STATES OF AMERICA **V.** | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|
| Allen C. Helton | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense EDWI 08CR188 | District of Arrest 08-6036 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

__X_ Indictment      _____ Information      _____ Complaint      ____ Other (specify)

Charging a violation of      18 U.S.C. §371

*FILED*

*AUG 1 4 2008*

**DISTRICT OF OFFENSE**  Eastern District of Wisconsin

*PAMELA E. ROBINSON, CLERK*
*U.S. DISTRICT COURT*
*CENTRAL DISTRICT OF ILLINOIS*

**DESCRIPTION OF CHARGES:** Conspiracy to Defraud the United States

**CURRENT BOND STATUS:**

❑ Bail fixed at _____ and conditions were not met
❑ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
❑ Other (specify)

| **Representation:** | ❑ Retained Own Counsel | ☒ Federal Defender Organization | ❑ CJA Attorney | ❑ None |
|---|---|---|---|---|
| **Interpreter Required?** | ❑ No | ❑ Yes | Language: | |

**CENTRAL DISTRICT OF ILLINOIS**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thee deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

s/ John A. Gorman

8-14-08

| Date | John A. Gorman United States  Magistrate Judge |
|---|---|

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| **DATE** | **UNITED STATES MARSHAL** | **(BY) DEPUTY MARSHAL** |