E-FILED
Friday, 15 August, 2008  02:24:46 PM
Clerk, U.S. District Court, ILCD



PAMELA E. ROBINSON
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 15, 2008

United States District Court
Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re:  EDWI - 08-CR-1888  Defendant Allen C. Helton
     CDIL - 06-MJ-6036

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,

s/ Pamela E. Robinson
Pamela E. Robinson, Clerk
PER/kmb
Enc.

Acknowledgment and Receipt:

_____        _____
Signature                             Date